## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:08CR131 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ANTOINE GAMBLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to amend the conditions of release (Filing No. 17). Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 9th day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge